FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID McMILLAN, | NO. CV 08-2627-MMM(E) |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| KEN CLARK, Warden, et al., | |
| Respondent. | |

Petitioner filed a "Petition for Writ of Habeas Corpus By a Person in State Custody" on April 22, 2008.  The Petition challenges a criminal judgment in Los Angeles County Superior Court case No. KA-025024 (Petition at 2; Memorandum of Points and Authorities attached to Petition).  Petitioner challenged this same state court judgment in a habeas corpus petition filed in this Court in 1999.  See McMillan v. Garcia, No. CV 99-7948-MMM(E) ("the prior habeas action").  On May 16, 2000, this Court entered Judgment denying and dismissing the petition in the prior habeas action with prejudice.

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and

1  Effective Death Penalty Act of 1996"). Section 2244(b) requires that

2  a petitioner seeking to file a "second or successive" habeas petition

3  first obtain authorization from the court of appeals. See Burton v.

4  Stewart, 127 S. Ct. 793, 799 (2007) (where petitioner did not receive

5  authorization from Court of Appeal before filing second or successive

6  petition, "the District Court was without jurisdiction to entertain

7  [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.

8  2000) ("the prior-appellate-review mechanism set forth in § 2244(b)

9  requires the permission of the court of appeals before 'a second or

10  successive habeas application under § 2254' may be commenced"). 

11  Petitioner evidently has not yet obtained authorization from the Ninth

12  Circuit Court of Appeals. Consequently, this Court cannot entertain

13  the present Petition. See Burton v. Stewart, 127 S. Ct. at 799; see

14  also Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal. Feb. 29, 2008)

15  (without Court of Appeals' authorization, "this court lacks

16  jurisdiction to consider the petition").[1]

17  ///

18  ///

19  ///

20  ///

21  ///

22

23      [1]      Contrary to Petitioner's implicit contention, the
present Petition (which raises a new claim under Cunningham v.
24  California, 127 S. Ct. 856 (2007) ("Cunningham"), is "second or
successive" to Petitioner's 1999 habeas action within the meaning
25  of section 2244(b). See Thompson v. Calderon, 151 F.3d 918, 920-
21 (9th Cir.), cert. denied, 524 U.S. 965 (1998) (application
26  raising new habeas claims is "second or successive" petition);
Calbert v. Marshall, 2008 WL 649798 at *2-4 (C.D. Cal. Mar. 6,
27  2008) (second petition raising new claim under Cunningham
28  dismissed as "second or successive").

2

1      For all of the foregoing reasons, the Petition is denied and

2   dismissed without prejudice.

3

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6      DATED: _____ May 13 _____, 2008.

7

8

9   _____

10      MARGARET M. MORROW
        UNITED STATES DISTRICT JUDGE

11

12

13   PRESENTED this 25th day of

14   April, 2008, by:

15

16   _____

17      CHARLES F. EICK
     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28