FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID McMILLAN, ) | NO. CV 08-2627-MMM(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| KEN CLARK, Warden, et al., ) | |
| Respondent. ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  _May 13_____, 2008.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE